UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JOHN AMES AND MICHAEL PANTONY AS　　　　　CIVIL ACTION NUMBER
TRUSTEES OF THE UNITED WELFARE FUND,　　　07 CV 0493 (NGG)(RLM)
WELFARE DIVISION AND LOCAL 339,
USWU, IUJAT,

　　　　　　　　　　PLAINTIFFS,

　　　-AGAINST-　　　　　　　　　　　　　　　　JUDGMENT BY DEFAULT

COMPLETE ENVIRONMENTAL SERVICES, INC.
D/B/A COMCO,

　　　　　　　　　　DEFENDANT.
-----------------------------------------------------------------X

　　　This action having been commenced on February 5, 2007 by the filing of the Summons and Complaint and a copy of the Summons and Complaint having been served upon the defendant Complete Environmental Services, Inc. d/b/a COMCO, on March 15, 2007 by service upon Donna Christie, and proof of service having been filed on or about March 26, 2007; and the defendant not having appeared in this matter; and the defendant having not answered the Complaint; and the time for appearing and answering the Complaint having expired; and the default of said defendant Complete Environmental Services, Inc. d/b/a COMCO in the premises of having been duly entered according to law; upon application of plaintiffs, judgment is hereby entered against said defendant pursuant to the prayer of said complaint.

　　　WHEREFORE, by virtue of the law and by reason of the premises aforesaid, it is

　　　ORDERED, ADJUDGED AND DECREED, that defendant, Complete Environmental Services, Inc. d/b/a COMCO, its officers and agents have failed to remit contributions to the defendant each month as required by the collective bargaining agreement for the period October 2006 through February 2007; and

ORDERED, ADJUDGED AND DECREED, that defendant, its officers and agents shall remit the full amount of contributions each month as required by the collective bargaining agreement; and, it is further

ORDERED, ADJUDGED AND DECREED, that the plaintiffs have judgment against the defendant Complete Environmental Services, Inc. d/b/a COMCO, of 3500-A Hampton Road, Oceanside, New York 11572, in the sum of $30,424.83 constituting $21,542.00 for unpaid contributions to the Fund; liquidated damages in the amount of $4,308.40; $1,008.00 for unpaid union dues and initiation fees; attorney's fees in the amount of $1,500.00; interest on unpaid contributions in the amount of $1,716.43 and costs in the amount of $350.00, amounting in all to $30,424.83.

So ordered.

Dated: April 26, 2007
Brooklyn, NY

s/Nicholas G. Garaufis
United States District Judge

THIS JUDGMENT WAS DOCKETED ON